**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Eduardo Teles De Menezes et al**

       Plaintiff

         V.

CIVIL ACTION

NO.  1:22-10970-GAO

**Antony J. Blinken et al**

       Defendant

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

 In accordance with the Court's OPINION AND ORDER (Dkt. No. 34) dated January 18, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                    By the Court,

1/18/2024                   /s/ Flaviana de Oliveira
Date                      Deputy Clerk